| | |
|---|---|
| 1 | CHANT & COMPANY |
| 2 | A Professional Law Corporation<br>CHANT YEDALIAN (222325) |
| 3 | chant@chant.mobi<br>1010 N. Central Ave. |
| 4 | Glendale, CA 91202<br>Phone: 877-574-7100 |
| 5 | Fax: 877-574-9411 |
| 6 | Attorney for Plaintiff |
| 7 | COOLEY LLP<br>MICHELLE C. DOOLIN (179445) |
| 8 | mdoolin@cooley.com<br>LEO P. NORTON (216282) |
| 9 | lnorton@cooley.com<br>4401 Eastgate Mall |
| 10 | San Diego, CA 92121<br>Telephone: 858-550-6000 |
| 11 | Facsimile: 858-550-6420 |
| 12 | Attorney for Defendant Living Spaces Furniture, LLC<br>(d/b/a Living Spaces) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVING SPACES FURNITURE, LLC (d/b/a Living Spaces); and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 15-cv-00562 JLS RNB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  Plaintiff Larry Tran and Defendant Living Spaces Furniture, LLC (d/b/a Living Spaces), by and through their respective counsel, hereby stipulate and agree that pursuant to the parties' Confidential Settlement Agreement and Release ("Agreement"), all Plaintiff's individual claims in the above-captioned action are hereby settled and dismissed with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree to allocate costs and attorneys' fees as set forth in the Agreement.

Accordingly, the parties stipulate to dismiss the above-captioned action with prejudice.

No class was certified in the above-captioned action. Thus, the dismissal of the action does not prejudice and is without prejudice as to all unnamed putative class members.

IT IS SO STIPULATED.

Dated: January 29, 2016

CHANT & COMPANY, A Professional Law Corporation

*/s/Chant Yedalian*
Chant Yedalian (222325)
Attorney for Plaintiff LARRY TRAN
Email: chant@chant.mobi

Dated: January 29, 2016

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)

*/s/Leo P. Norton*
Leo P. Norton (216282)
Attorneys for Defendant LIVING SPACES FURNITURE, LLC (d/b/a Living Spaces)
Email: lnorton@cooley.com

///

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 15-CV-00562 JLS RNB

1.

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 29, 2016

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)

*/s/Leo P. Norton*
Leo P. Norton (216282)
Attorneys for Defendant LIVING SPACES FURNITURE, LLC (d/b/a Living Spaces)
Email: lnorton@cooley.com

2.

**STIPULATION OF DISMISSAL WITH PREJUDICE**
CASE NO. 15-CV-00562 JLS RNB